# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TREY J. CHANDLER**                                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:19-cv-00348-LPR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED and judgment is entered in favor of the Defendant.

DATED this 4th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE